IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02181-DME-MJW

GAYLE HOLLIDAY,

    Plaintiff,

v.

JACQUELINE A. BERRIEN, Chair, Equal Opportunity Employment Commission,

    Defendant.

---

ORDER ( Docket pr. 6 )

---

For adequate cause shown, the Unopposed Motion to Reschedule Scheduling/Planning Conference (Dkt. No. 4) is GRANTED. The Scheduling/Planning Conference set for October 27, 2010 at 10 a.m. is VACATED and rescheduled for December 10th, 2010 @ 9:00 a.m. Proposed Scheduling Order is due December 3, 2010.

DATE: October 20, 2010

BY THE COURT

MICHAEL J. WATANABE
United States Magistrate Judge

1