IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-02181-DME-MJW

GAYLE HOLLIDAY,

Plaintiff(s),

v.

JACQUELINE A. BERRIEN, Chair, Equal Employment Opportunity Commission,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate and Reset Scheduling/Planning Conference, DN 9, filed with the Court on October 25, 2010, is GRANTED. The Scheduling Conference set on December 10, 2010, at 10:00 a.m., is VACATED and RESET on December 21, 2010, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States District Court, 901 19th Street, Denver CO 80294. The parties shall submit their proposed Scheduling Order on or before December 15, 2010.

Date: November 1, 2010