IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02181-DME-MJW

GAYLE HOLIDAY,

Plaintiff,

v.

JACQUELINE A. BERRIEN, Chair, Equal Employment Opportunity Commission,

Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO RESET SCHEDULING CONFERENCE AND TO EXTEND TIME TO ANSWER COMPLAINT**
( DN 13 )

---

This matter having come before the Court on the Defendant's Unopposed Motion to Reset Scheduling Conference and to Extend Time to Answer Complaint and good cause appearing,

IT IS HEREBY ORDERED that the scheduling conference currently set for December 21, 2010, is reset to January 13, 2011, at 9:00 am;

IT IS FURTHER ORDERED that Defendant's deadline to answer the complaint is extended until December 27, 2010.

Dated this 29th day of November, 2010.

Michael J. Watanabe
United States Magistrate Judge