IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02181-DME-MJW

GAYLE HOLLIDAY,

Plaintiff(s),

v.

JACQUELINE A. BERRIEN, Chair, Equal Employment Opportunity Commission,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant 's Unopposed Motion for Protective Order (docket no. 28) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 28-1) is APPROVED as amended by adding paragraph 14 and made an Order of Court.

Date:   February 22, 2011