IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02181-DME-MJW

GAYLE HOLLIDAY,

    Plaintiff,

v.

JACQUELINE A. BERRIEN, Chair, Equal Employment Opportunity Commission

    Defendant.

---

### MINUTE ORDER ( Docket No. 35 )

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 35), is GRANTED finding good cause shown. The amended discovery cutoff date, including depositions, is September 12, 2011. The amended dispositive motions deadline is October 24, 2011. Plaintiff shall have until July 25, 2011 to respond to Defendant's discovery requests.

Date: June 24, 2011